**SUNSHINE OIL CORPORATION et al. v. AVERY. (No. 1128.)**

(Court of Civil Appeals of Texas. El Paso. Oct. 21, 1920. Rehearing Denied Dec. 9, 1920.)

**Appeal and error ⬳773(4)—Affirmance in absence of briefs and fundamental error.**

No brief being filed and there being no fundamental error, judgment will be affirmed.

Appeal from District Court, Ward County; Chas. Gibbs, Judge.

Action between the Sunshine Oil Corporation and others and J. W. Avery. From an adverse judgment, the former parties appeal. Affirmed.

Turney, Burges, Culwell, Holliday & Pollard, and W. W. Bridgers, all of El Paso, for appellants.

H. G. Russell, of Midland, for appellee.

HARPER, C. J. No briefs filed. No fundamental error. The cause is affirmed.